**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000647**
**17-JUL-2025**
**09:07 AM**
**Dkt. 30 OGMR**

NO. CAAP-24-0000647

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JILL SONG, Petitioner-Appellee, v.
CARTER MANSELL; SKYLER OBREGON, Respondents-Appellees,
and MICHAEL MANSELL, Respondent-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
(CIVIL NO. 3DSS-24-0000510)

ORDER GRANTING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the July 9, 2025 filing from self-represented Defendant-Appellant Michael Mansell (**Mansell**), which the court construes as a motion for reconsideration of the June 26, 2025 Order Dismissing Appeal and relief from default of the statement of jurisdiction and opening brief (**Motion**), the papers in support, and the record, IT IS HEREBY ORDERED that:

1.   The Motion is granted and the appeal is reinstated.

2.   The document attached to the Motion, which Mansell states was filed on March 10, 2025 with the District Court of the Third Circuit (Dkt. 28 at pages 2-6) is accepted as the statement of jurisdiction and opening brief (**March 10, 2025 filing**).

3.   Within 7 days of this order, Mansell shall (a) file a copy of the March 10, 2025 filing with the appellate clerk, which shall be designated as Mansell's statement of jurisdiction and opening brief, (b) comply with Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 25 and file a certificate of

service for the March 10, 2025 filing, and (c) comply with HRAP Rule 32.1 and provide the required copies of the March 10, 2025 filing to the appellate clerk.[1]

4.    The answering brief shall be filed within 40 days of the date that Mansell files the March 10, 2025 filing with the appellate clerk, unless otherwise extended.  See HRAP Rule 28(c).

DATED:  Honolulu, Hawaiʻi, July 17, 2025.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge

---

[1]    For any ex officio filing, Mansell shall comply with HRAP Rule 25 for service of documents on parties, and also submit a copy of the ex-officio filed document to the appellate clerk.